# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **KIMBERLY RAMAY** | * | Case No. 3:19-CV-221 |
| | * | |
| **Plaintiff,** | * | Judge Rice |
| | * | |
| v. | * | |
| | * | |
| **AARON'S, INC.** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

## ORDER

This matter is before the Court on Defendant Aaron's, Inc.'s Motion for Extension of Time to File its Reply in Support of Its Motion to Dismiss or, in the Alternative, to Stay Action and to Compel Arbitration. Having considered this matter fully and being otherwise sufficiently advised, the motion is hereby GRANTED. The September 3, 2019 deadline for Defendant to file its Reply in Support of its Motion to Dismiss or, in the Alternative, to Stay Action and to Compel Arbitration is hereby extended to **September 6, 2019**. It is so ORDERED.

ENTERED this 4th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

4839-7935-5043, v. 1